GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
KERI A. DONOHUE, State Bar No. 226411
kdonohue@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
Tel: (415) 982-3600
Fax: (415) 982-3700

Attorneys for Defendant
BATH IRON WORKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIRAUDO,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>        Defendants. | Case No. 3:08-cv-04416-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Bath Iron Works Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/6/13          By: _____
                           Jon A. Fitzgerald
                           Bath Iron Works Corporation

I consent to being substituted.

Dated: 8/30/13         By: _____
                           GABRIEL A. JACKSON
                           KERI A. DONOHUE

I consent to the above substitution.

Dated: 9-6-2013        By: _____
                           EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: Sept. 16, 2013  By: _____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA