UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIRAUDO,<br>EDWARD SCHLIMMER,<br>ARLENE GARCIA,<br>GUADALUPE RAMIREZ,<br>GLORIA MCCLAIN,<br>DAVID GERECKE,<br>CHARLES FANNIN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BATH IRON WORKS CORP. and<br>GENERAL DYNAMICS CORP.,<br><br>　　　　Defendants. | No. C 08-04416 CRB<br>No. C 09-03221 CRB<br>No. C 11-00986 CRB<br>No. C 11-01031 CRB<br>No. C 11-03399 CRB<br>No. C 11-03507 CRB<br>No. C 11-06156 CRB<br><br>**ORDER SETTING PRETRIAL CONFERENCE** |

Counsel shall appear at **Courtroom 12** on the **19th Floor** at 2:00 p.m. on Friday, April 11, 2014, for a further Pretrial Conference.

For counsels' planning purposes, I adopt Judge Breyer's rulings on the motions in limine from the hearing on April 7, 2014. It is my expectation that the parties will give opening statements on the afternoon of April 14, 2014, after jury selection. No witnesses will be called that day. For the rest of the week, trial will run from 8:00 a.m. to 1:00 p.m. - 1:15 p.m. We will discuss Monday's start time at the Pretrial Conference.

For minor procedural issues related to the trial (equipment setup, etc.), you may coordinate with my Courtroom Deputy, Jean Davis, phone: (415) 522-2077, email: whocrd@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: April 10, 2014

_____
WILLIAM H. ORRICK
United States District Judge