GILBERT L. PURCELL, ESQ., S.B. #113603
JAMES P. NEVIN, ESQ., S.B. #220816
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIRAUDO, | No. 3:08-cv-04416-WHO |
| EDWARD SCHLIMMER, | No. 3:09-cv-03221-WHO |
| ARLENE GARCIA, | No. 3:11-cv-00986-WHO |
| GUADALUPE RAMIREZ, | No. 3:11-cv-01031-WHO |
| GLORIA MCCLAIN, | No. 3:11-cv-03399-WHO |
| DAVID GERECKE, | No. 3:11-cv-03507-WHO |
| CHARLES FANNIN, | No. 3:11-cv-06156-WHO |
| Plaintiffs, | ORDER ALLOWING TRIAL EQUIPMENT |
| vs. | Judge: Hon. William H. Orrick |
| BATH IRON WORKS CORPORATION and GENERAL DYNAMICS CORPORATION, | Courtroom: Courtroom 12 - 19th Floor |
| Defendants. | |

1 | Plaintiffs require the following items to be allowed into the above courtroom on April 11, 2014 for trial setup, as well as for trial commencing on April 14, 2014:

- Plaintiffs' Exhibit binders (3 copies of exhibits for judge)
- Laptops (2)
- ELMO
- DVD player
- VCR
- Speakers (2)
- Easels (2)
- Box of easel pads
- Screen
- Projector
- Richard Cohen binders (5 volumes)
- Trial Boards
- Tool box
- AV cords (4)
- Stapler
- Asbestos sample
- Remotes for VCR, DVD, Projector and ELMO
- Packing tape
- Scotch tape
- Box of felt pens
- Extension cord
- Table
- Power strip

Dated:   April 10, 2014                              BRAYTON❖PURCELL LLP

By:   s/ Kimberly J. Chu
Kimberly J. Chu, Esq., S.B. #206817
Email: kchu@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

I have approved the proposed order as to the presentation materials only. The possible use of exemplar asbestos materials will be discussed at the Pretrial Conference on April 11, 2014.

IT IS SO ORDERED.

Dated:   April 11, 2014

_____
William H. Orrick
United States District Judge

N:\WHO\308cv4416_equipment order.wpd                          1
[PROPOSED] ORDER ALLOWING TRIAL EQUIPMENT