UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIRAUDO,<br><br>    Plaintiff,<br><br>  v.<br><br>BATH IRON WORKS CORPORATION,<br><br>    Defendant. | Case No.  08-cv-04416-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

At a pretrial conference held on April 11, 2014, the parties, through their counsel, advised me in open court on the record that they have settled this case.  While the settlement will be reduced to writing, counsel for both parties repeated that the matter is resolved.

In light of the final settlement announced today, I ORDER that this matter be DISMISSED WITH PREJUDICE and that any proceedings and deadlines scheduled in this matter are VACATED.  I further ORDER that if any party certifies to me, with proper notice to opposing counsel, within 90 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:  April 11, 2014

_____
WILLIAM H. ORRICK
United States District Judge