UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIRAUDO,<br><br>    Plaintiff,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION,<br><br>    Defendant. | Case No.   08-cv-04416-WHO<br><br>**ORDER SETTING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 139 |

Plaintiff requests that the Court reopen this case and set a hearing requiring defendant Bath Iron Works Corporation to show cause why it has failed to satisfy the parties' October 31, 2014 compromise agreement, and to order defendant to make full payment within five days of the hearing. Docket No. 139.

As of today's date, defendant has not responded to plaintiff's request.

The Court GRANTS the request. This case is reopened, and an Order to Show Cause Hearing is set for **Wednesday May 6, 2015** at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Defendant shall file a written response to plaintiff's request on or before **April 22, 2015**, explaining why it has not satisfied the compromise agreement. Defendant shall also appear at the May 6, 2015 hearing.

**IT IS SO ORDERED**.

Dated: April 7, 2015

WILLIAM H. ORRICK
United States District Judge