UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN GIRAUDO,

    Plaintiff,

  v.

BATH IRON WORKS CORPORATION,

    Defendant.

Case No. 08-cv-04416-WHO

**ORDER VACATING SHOW CAUSE HEARING**

Re: Dkt. Nos. 140, 141

On March 31, 2015, plaintiff John Giraudo filed a short motion asking the Court to reopen this case and to set a show cause hearing. Dkt. No. 139. Giraudo stated that the parties had agreed to settle on April 11, 2014, but that defendant Bath Iron Works Corporation ("Bath Iron") had not yet provided to Giraudo the agreed upon settlement amount. *Id.* Giraudo requested a show cause hearing requiring Bath Iron to appear in person to explain why complete payment could not be provided within five days. *Id.* I granted the request and set a show cause hearing for May 6, 2015. Dkt. No. 140.

On April 27, 2015, Bath Iron notified the Court that it had completed payment of the settlement. Dkt. No. 141. As of today's date, Giraudo has not filed a response. I take Giraudo's silence to mean that Bath Iron has indeed fully paid the agreed upon settlement amount, and that the show cause hearing set for May 6, 2015 is now moot. Accordingly, the hearing is VACATED and the case remains DISMISSED. If any part of the settlement in fact remains unpaid, Giraudo shall notify the Court on or before May 5, 2015 at 12:00 p.m. so that the hearing may be restored.

**IT IS SO ORDERED**.

Dated: May 1, 2015



WILLIAM H. ORRICK
United States District Judge